# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR McCOY**                                                                **PETITIONER**

**v.**                          **Case No. 4:19-cv-00910-LPR**

**LAFAYETTE WOODS,** *et al.*                                          **RESPONDENTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that Plaintiff's Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE